IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | ) | Case No. 03:19-MJ-00141-MMS |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| Derrick Deon HARBIN | ) | |
| Defendants | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew E Grow, Jr., United States Postal Inspector ("USPIS"), being duly sworn, depose and state that:

### I. BACKGROUND AND EXPERIENCE OF AFFIANT

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

2. I have been a Postal Inspector since July 2016 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of control substance law violations involving the United States mail.

3. As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and



APR - 1 2019

processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), fentanyl, prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against and for Derrick Deon HARBIN for whom I submit there is probable cause to believe he did attempt to possess and possessed with the intent to distribute 1000 grams or more of heroin and possessed with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (Fentanyl) is in violation of Title 21 United States Code, Section 846, 841(a)(1), (b)(1)(B), and (b)(1)(A)(vi). I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

## III. PROBABLE CAUSE STATEMENT

1. On March 28, 2019, USPIS in Anchorage, AK executed a Federal Search Warrant on Priority Mail Parcel 9505 5145 0164 9085 2696 51 addressed to "Jordana Franco, 340

APR - 1 2019

Beulah CIR, Apt # A, Anchorage, Alaska 99504" from "Denis F, 6519 Templeton St, Huntington, Park 90255." Inside the parcel was approximately 1009.67 gross grams of a hard, dark-colored substance which field tested positive for heroin.

2. On March 29, 2019, a controlled delivery was conducted of the Subject Parcel at the recipient's address in which the seized narcotics were removed and a representative sample of the heroin was placed inside of the Subject Parcel.

3. On March 29, 2019 at approximately 12:27 PM, the Subject Parcel was delivered at the recipient's address. An unidentified female accepted the Subject Parcel at the front door.

4. On March 29, 2019, at approximately 1:00 PM, a black Ford Taurus bearing Alaska license GNM806 (registered owner is HARBIN) arrived at the recipient's address and a black male (identified from a driver's license photo as HARBIN) exited the vehicle and entered the recipient house.

5. On March 29, 2019, at approximately 1:05 PM, surveillance observed HARBIN leave the recipient residence with the Subject Parcel. Surveillance followed HARBIN (in GNM806) to 340 Bolin St # B, Anchorage, AK.

6. On March 29, 2019, at approximately 1:11 PM the Subject Parcel was opened and Federal Beeper Order 03:19-MJ-00138-MMS was executed at 340 Bolin St # B, Anchorage, AK.

7. As a result of the controlled delivery, HARBIN was found to have evidence of opening and touching the interior of the Subject Parcel.

8. On March 29, 2019, a Federal Search Warrant was executed on 340 Bolin St # B, Anchorage, AK. As a result of the search warrant approximately 2900 gross grams of



APR - 1 2019

suspected heroin, approximately 1200 gross grams of fentanyl pills, and a loaded Mossberg .22 subgun was seized.

9. From my experience, the amount of heroin and fentanyl pills seized from the Subject Parcel and 340 Bolin St # B, Anchorage, AK is consistent with distribution amounts.

Respectfully submitted,

Andrew E. Grow, Jr.
Postal Inspector, USPIS
Anchorage Domicile

Subscribed and sworn to before me
on April 1, 2019:

UNITED STATES MAGISTRATE
MATTHEW M. SCOBLE
U.S. Magistrate Judge